# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| GULFCO HOLDING CO., | Case No. 13-13113 (BLS) |
| Debtor.[1] |  |

CERTIFICATION OF MICHAEL J. BARRIE IN ACCORDANCE
WITH LOCAL RULE OF BANKRUPTCY PROCEDURE 2004-1(b) IN SUPPORT
OF MOTION OF THE DEBTOR FOR ENTRY OF AN ORDER DIRECTING THE
EXAMINATION OF PROSPECT CAPITAL CORPORATION PURSUANT TO
RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

1.      I am an attorney at law admitted to practice in, among other courts, the Supreme Courts of the States of Delaware and New Jersey, the Court of Appeals of the State of New York, the Supreme Court of the Commonwealth of Pennsylvania, the United States District Court for the Districts of Delaware and New Jersey, the Eastern, Middle and Western Districts of Pennsylvania, and the Southern District of New York, and the United States Court of Appeals for the Third Circuit.

2.      I am a partner of the firm of Benesch, Friedlander, Coplan & Aronoff LLP ("**BFC&A**"), which maintains an office at, among other places, 222 Delaware Avenue, Suite 801, Wilmington, Delaware 19801.

3.      I submit this Certification in support of the Motion by the above captioned debtor seeking an examination of Prospect Capital Corporation under Rule 2004 of the Federal Rules of Bankruptcy Procedure (a "**Rule 2004 Exam**") and as required by Local Rule of Bankruptcy Procedure 2004-1(b).

---

[1]     The Debtor's business address is 10 Westport Road, Suite C204, Wilton, CT 06897. The last four digits of the Debtor's tax identification number are 2900.

2

4.       The Debtor notified Prospect's counsel via letter dated January 14, 2014 (the "**2004 Notice Letter**"), which included document requests, topics of examination, and identified potential witnesses.

5.       Prospect responded that it would meet and confer, in accordance with Local Rule 2004-1, on January 17, 2004 (the "**Meet and Confer**").

6.       The Parties held the Meet and Confer and the Debtor stood (and still stands) ready, willing, and able to discuss in good faith the information requested.

7.       Prospect's counsel, however, refused to participate in the Meet and Confer in good faith.

8.       Prospect's counsel stated that Prospect will not produce any documents or witnesses because it "does not know where the Debtor was going" and the requests were too broad.

9.       Prospect's counsel then informed the Debtor's counsel that it would need to file this Motion.  At no time was Prospect willing to discuss the scope of the documents requested or topics of examination proposed.

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of the date written below.

Dated: January 31, 2014                    */s/ Michael J. Barrie*
                                                   Michael J. Barrie