# EXHIBIT B



Michael J. Barrie
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801-1611
Direct Dial: 302.442.7068
Fax: 302.442.7012
mbarrie@beneschlaw.com

January 13, 2014

**VIA EMAIL AND FIRST CLASS MAIL**

Gulf Coast Machine & Supply Company
6817 Industrial Road
Beaumont, TX 77705
Attn: Dave Mackin, President

Re:   In re Gulfco Holding Corp., Chapter 11, Case No. 13-13113
      (Bankr. D. Del.) (BLS)

Dear Mr. Mackin:

We represent Gulfco Holding Corp. (the "Debtor") in the above-referenced bankruptcy case. In accordance with Fed. R. Bankr. P. 2004, the Debtor intends to file a motion to subpoena documents from and examine Gulf Coast Machine & Supply Company ("GCMSC") and, if necessary, certain of its directors, officers, employees, and/or agents. The list of documents to be requested from GCMSC is enclosed for your reference. Also enclosed is a list of topics for examination. The scope of examination of GCMSC will include, among other things, these topics, the documents produced by GCMSC, and the transactions and/or events that such documents reference.

We write to schedule a meet and confer, pursuant to Del. Bankr. L.R. 2004-1(a), to establish mutually agreeable dates, times, and places for the examinations and production of documents and to discuss the scopes of the examinations and the production of documents. Please forward this notice to your counsel and have him or her contact me as soon as possible.

Very truly yours,

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP

Michael J. Barrie

Enc.

## **TOPICS OF EXAMINATION**

1. The Plan and Agreement of Merger dated October 12, 2012 by and among, *inter alia*, Industrial Opportunity Partners and Altus Capital Partners II, L.P. (the "**Plan of Merger**").

2. The Credit Agreement by and among, *inter alia*, Gulf Coast Machine & Supply Company and Prospect Capital Corporation, dated as of October 12, 2012 (the "**Credit Agreement**").

3. Any valuation of Gulf Coast Machine & Supply Company and/or any assets of Gulf Coast Machine & Supply Company.

4. The financial performance of Gulf Coast Machine & Supply Company since January 1, 2012.

5. All interactions with PNC Bank, National Association relating to Gulf Coast Machine & Supply Company.

6. All interactions with Altus Capital Partners, Inc. relating to Gulf Coast Machine & Supply Company.

7. All interactions with Gulfco Holding Corp. relating to Gulf Coast Machine & Supply Company.

8. All interactions with Prospect Capital Corporation (or any entity affiliated with Prospect Capital Corporation) relating to Gulf Coast Machine & Supply Company.

9. All interactions with Prospect Capital Management (or any entity affiliated with Prospect Capital Management) relating to Gulf Coast Machine & Supply Company.

10. The performance of the "Borrowers" under the Credit Agreement.

11. The default(s) asserted by Prospect Capital Corporation under the Credit Agreement.

12. The default(s) asserted by PNC Bank, National Association under that certain Revolving Credit and Security Agreement by and among, *inter alia*, PNC Bank, National Association and Gulf Coast Machine & Supply Company dated October 12, 2012.

13. PNC Bank, National Association's notice of intent to terminate the Revolving Credit and Security Agreement dated October 12, 2012.

14. The "Financial Covenants" contained in section 9.13 of the Credit Agreement.

15. Any meeting attended by Prospect Capital Corporation that concerned Gulf Coast Machine & Supply Company.

16. Any transaction involving Prospect Capital Corporation (or any of its affiliates) and Gulf Coast Machine & Supply Company on or after November 8, 2013.

17. Any transaction involving Prospect Capital Management (or any of its affiliates) and Gulf Coast Machine & Supply Company on or after November 8, 2013.

18. Any meeting of the board of directors of Gulf Coast Machine & Supply Company from and/or after November 8, 2013.

19. Any resolutions or consents of the board of directors of Gulf Coast Machine & Supply Company from and/or after November 8, 2013.

20. The bylaws, regulations, and/or amendments to any certificate of incorporation of Gulf Coast Machine & Supply Company.

21. Any management agreements and/or employment agreements entered into by Gulf Coast Machine & Supply Company from and after November 8, 2013.

22. The financial statements of Gulf Coast Machine & Supply Company issued on or after November 8, 2013.

23. Business operations from and after November 8, 2013.

24. Ajax Rolled Ring & Machine.

25. Customer demand and industry demand for products and/or services of Gulf Coast Machine & Supply Company.

26. The age, condition, functionality, operational status, and production capacity of Gulf Coast Machine & Supply Company's production equipment.

## UNITED STATES BANKRUPTCY COURT

District of Delaware

| In re Gulfco Holding Corp., | **SUBPOENA FOR RULE 2004 EXAMINATION** |
|---|---|
| Debtor | Case No.    13-13113-BLS |
| To:  A corporate designee of Gulf Coast Machine & Supply Company<br>6817 Industrial Road<br>Beaumont, TX  77705 | Chapter 11 |

    YOU ARE COMMANDED to appear and testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure, at the place, date, and time specified below. A copy of the court order authorizing the examination is attached.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| Benesch Friedlander Coplan & Aronoff LLP<br>222 Delaware Ave., Suite 801<br>Wilmington, DE 19801 | February ___, 2014 at 10:00 a.m. |

    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Documents requested on Exhibit "A" attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Benesch Friedlander Coplan & Aronoff LLP<br>222 Delaware Ave., Suite 801<br>Wilmington, DE 19801 | January 31, 2014 at 10:00 a.m. |

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Michael J. Barrie, Esq.
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Ave., Suite 801
Wilmington, DE 19801

7960579 v1

## Exhibit "A"

**Documents (including electronic documents and emails) to be Produced:**

1. All documents and communications relating to the Plan and Agreement of Merger dated October 12, 2012 by and among, *inter alia*, Industrial Opportunity Partners and Altus Capital Partners II, L.P. (the "**Plan of Merger**").

2. All documents and communications relating to the Credit Agreement by and among, *inter alia*, Gulf Coast Machine & Supply Company and Prospect Capital Corporation, dated as of October 12, 2012 (the "**Credit Agreement**").

3. All documents and communications relating to, demonstrating, showing, opining about, commenting on, and/or depicting the value of Gulf Coast Machine & Supply Company and/or any assets of Gulf Coast Machine & Supply Company.

4. All documents and communications relating to and/or evidencing the financial performance of Gulf Coast Machine & Supply Company.

5. All communications with PNC Bank, National Association relating to Gulf Coast Machine & Supply Company.

6. All communications with Altus Capital Partners, Inc. relating to Gulf Coast Machine & Supply Company.

7. All communications with Gulfco Holding Corp. relating to Gulf Coast Machine & Supply Company.

8. All communications with Prospect Capital Corporation (or any entity affiliated with Prospect Capital Corporation) relating to Gulf Coast Machine & Supply Company.

9. All communications with Prospect Capital Management (or any entity affiliated with Prospect Capital Management) relating to Gulf Coast Machine & Supply Company.

10. All documents and communications relating to the performance of the "Borrowers" under the Credit Agreement.

11. All documents and communications relating to any default asserted by Prospect Capital Corporation under the Credit Agreement.

12. All documents and communications relating to any default asserted by PNC Bank, National Association under that certain Revolving Credit and Security Agreement by and among, *inter alia*, PNC Bank, National Association and Gulf Coast Machine & Supply Company dated October 12, 2012.

13. All documents and communications relating to PNC Bank, National Association's notice of intent to terminate the Revolving Credit and Security Agreement dated October 12, 2012.

14. All documents and communications relating to the "Financial Covenants" (as defined in section 9.13 of the Credit Agreement).

15. All documents and communications relating to any meeting attended by Prospect Capital Corporation that concerned Gulf Coast Machine & Supply Company.

16. All documents and communications relating to or evidencing any transaction involving Prospect Capital Corporation (or any of its affiliates) and Gulf Coast Machine & Supply Company on or after November 8, 2013.

17. All documents and communications relating to or evidencing any transaction involving Prospect Capital Management (or any of its affiliates) and Gulf Coast Machine & Supply Company on or after November 8, 2013.

18. All notes of, handouts at, and/or presentations at, and/or documents disseminated, shown or used at, any meeting of the board of directors of Gulf Coast Machine & Supply Company from and/or after November 8, 2013.

19. All minutes of any meeting and/or resolutions or consents of the board of directors of Gulf Coast Machine & Supply Company from and/or after November 8, 2013.

20. All bylaws, regulations, and/or amendments to any certificate of incorporation of Gulf Coast Machine & Supply Company.

21. All management agreements and/or employment agreements entered into by Gulf Coast Machine & Supply Company from and after November 8, 2013.

22. All financial statements issued on or after November 8, 2013.

23. All reports, presentations, narratives, business plans, and/or minutes of meetings referring to Gulf Coast Machine & Supply Company from and after November 8, 2013.

24. All documents, reports, presentations, notes, communications, spreadsheets, narratives, and/or minutes of meetings referring to Elizabeth Burgess

25. All documents, reports, presentations, notes, communications, spreadsheets, narratives, and/or minutes of meetings referring to Russell Greenberg.

26. All documents, reports, presentations, notes, communications, spreadsheets, narratives, and/or minutes of meetings referring to Gulfco Holding Corp. and/or its bankruptcy case.

27. All communications with Ajax Rolled Ring & Machine and/or any employee or agent thereof relating to Gulf Coast Machine & Supply Company.

28. All analyses and forecasts of customer demand and industry demand for products and/or services of Gulf Coast Machine & Supply Company.

29. All analyses and reports regarding the age, condition, functionality, operational status, and production capacity of Gulf Coast Machine & Supply Company's production equipment.